

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| KENNETH H. ARCHIBALD AND ARCHIBALD & ASSOCIATES, INC., | § | |
| | § | No. 08-22-00091-CV |
| Appellants, | | |
| | § | Appeal from the |
| v. | | |
| | § | 327th Judicial District Court |
| EL PASO ORTHOPEDIC SURGERY GROUP, P.A., BRETT HENDERSON, M.D., AND THE MEDICAL PROTECTIVE COMPANY, | § | of El Paso County, Texas |
| | § | (TC# 2015-DCV2669) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order Appellants pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF FEBRUARY, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Soto, J. and Ferguson, Judge
Ferguson, Judge (Sitting by Assignment)